United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Bryan Cohen, Petitioner, | ) |
| v. | ) |
| | ) Civil Action No. 18-20845-Civ-Scola |
| Florida Department of Corrections, | ) |
| Respondent. | ) |

### Order Adopting Magistrate's Report and Recommendation

This case was referred to United States Magistrate Judge Lisette M. Reid, pursuant to Administrative Order 2019-2 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On July 13, 2020, Judge Reid issued a report, recommending the denial of the petition for writ of habeas corpus, under 28 U.S.C. § 2254, and the entry of judgment. (Rep. of Mag. J., ECF No. 13.) Petitioner Bryan Cohen has not filed any objections to the report and the time to do so has passed.

Even though no objections were filed, the Court has nonetheless considered—*de novo*—Judge Reid's report, the record, and the relevant legal authorities. The Court finds Judge Reid's report and recommendation cogent and compelling. As found by Judge Reid, all five of Cohen's claims for ineffective assistance of counsel fail: they were either not exhausted and procedurally defaulted in state court; not adequately pleaded in state court; insufficient to establish state counsel's deficiency; insufficient to establish prejudice; or based on an inapplicable doctrine.

Accordingly, the Court **affirms and adopts** Judge Reid's report and recommendation (**ECF No. 13**). The Court **denies** Cohen's petition (**ECF No. 1**). The Court does not issue a certificate of appealability. Finally, the Court directs the Clerk to **close** this case.

**Done and ordered** in Miami, Florida, on August 14, 2020.

Robert N. Scola, Jr.
United States District Judge